IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                           NO. 4:16-CR-106-KGB

GEORGE OAKLEY                                                                DEFENDANT

## ORDER

The Government has moved for issuance of a summons and for revocation of Defendant George Oakley's pretrial release. (Docket entry #25) Mr. Oakley, who was placed on pretrial release conditions on November 22, 2016, resides in El Reno, Oklahoma. His release conditions include mental health treatment; no unsupervised contact with minors; drug testing, therapy and counseling; home detention; location monitoring; and other standard conditions.

On February 28, 2017, and March 16, 2017, the Court entered orders modifying conditions of release with the consent of Mr. Oakey. In these Orders, Mr. Oakley's third-party custodian was changed to his grandmother, and additional mental health care was ordered, as needed.

The Court has considered the pending motion. A revocation hearing is not necessary at this time. Mr. Oakley is cautioned, however, to abide by all conditions of release.

The motion is DENIED, without prejudice, this 3rd day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE